Michael J. Wise, Bar No. 143501
MWise@perkinscoie.com
Joseph P. Hamilton, Bar No. 211544
JHamilton@perkinscoie.com
Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
Michael J. Song, Bar No. 243675
MSong@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiffs and Counter-Defendants
FONTEM VENTURES B.V. and
FONTEM HOLDINGS 1 B.V.

[Defendants' Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NJOY, INC., a Delaware corporation, and DOES 1-5, Inclusive,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV14-1645 GW (MRWx) and related cases<br>Case No. CV14-1649 GW (MRWx)<br>Case No. CV14-1650 GW (MRWx)<br>Case No. CV14-1651 GW (MRWx)<br>Case No. CV14-1652 GW (MRWx)<br>Case No. CV14-1653 GW (MRWx)<br>Case No. CV14-1654 GW (MRWx)<br>Case No. CV14-1655 GW (MRWx)<br><br>**SECOND REVISED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| FONTEM VENTURES B.V., a Netherlands company; *etc. et al*.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CB DISTRIBUTORS, INC., an Illinois corporation; DR DISTRIBUTORS, LLC, *etc. et al*.,<br><br>　　　　　　Defendants. | Case No. CV14-1649 GW (MRWx) |

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; *etc. et al.*, | Case No. CV14-1650 GW (MRWx) |
| Plaintiffs, | |
| v. | |
| VAPOR CORP., a Delaware corporation, *etc.*, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |
| FONTEM VENTURES B.V., a Netherlands company; *etc. et al.*, | Case No. CV14-1651 GW (MRWx) |
| Plaintiffs, | |
| v. | |
| FIN BRANDING GROUP, LLC, an Illinois limited liability company; VICTORY ELECTRONIC CIGARETTES CORPORATION, *etc. et al.*, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |
| FONTEM VENTURES B.V., a Netherlands company; *etc. et al.*, | Case No. CV14-1652 GW (MRWx) |
| Plaintiffs, | |
| v. | |
| BALLANTYNE BRANDS, LLC, *etc.*, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; *etc. et al.*, | Case No. CV14-1653 GW (MRWx) |
| Plaintiffs, | |
| v. | |
| SPARK INDUSTRIES, LLC, *etc.*, | |
| Defendant. | |

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; *etc. et al.*, | Case No. CV14-1654 GW (MRWx) |
| Plaintiffs, | |
| v. | |
| LOGIC TECHNOLOGY DEVELOPMENT LLC, *etc.*, | |
| Defendant. | |

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; *etc. et al.*, | Case No. CV14-1655 GW (MRWx) |
| Plaintiffs, | |
| v. | |
| VMR PRODUCTS, LLC, dba V2CIGS, *etc..*, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

After submitting the Revised Joint Claim Construction and Prehearing Statement (Dkt. # 34) but prior to filing Opening Claim Construction Briefs, the parties further agreed to narrow the disputes and terms requiring the Court's construction as set forth herein. Accordingly, in each of the cases in the captions above ("the Related Cases"),[1] Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem"), along with Defendants NJOY, Inc. ("NJOY"), CB Distributors, Inc. and DR Distributors, LLC ("CB/DR"), Vapor Corp. ("Vapor"), FIN Branding Group, LLC and Victory Electronic Cigarettes Corporation ("FIN/Victory"), Ballantyne Brands, LLC ("Ballantyne"), Spark Industries, LLC ("Spark"), Logic Technology Development LLC ("Logic"), and VMR Products, LLC ("VMR") (together, "the Defendants") hereby submit this Second Revised Joint Claim Construction and Prehearing Statement for U.S. Patent Nos. 8,365,742 (the '742 patent); 8,375,957 (the '957 patent); 8,393,331 (the '331 patent); 8,490,628 (the '628 patent); and 8,689,805 (the '805 patent) ("the Revised Statement") (Dkt. # 34).

**AMENDMENTS TO DISPUTED CLAIM CONSTRUCTIONS**

The Parties agreed that two of the disputed terms ("cigarette bottle assembly" and "porous") need not be construed, thereby eliminating the dispute over their construction.

In addition, the parties made amendments relating to the proposed constructions of five disputed terms ("inlet," "a liquid permeating component sleeved on the electric heater," "liquid storage component," "liquid supply," and "solution storage area").

---

[1] CV14-1645 GW (MRWx), Case No. CV14-1649 GW (MRWx), CV14-1650 GW (MRWx), CV14-1651 GW (MRWx), CV14-1652 GW (MRWx), CV14-1653 GW (MRWx), CV14-1654 GW (MRWx), Case No. CV14-1655 GW (MRWx).

An updated chart which reflects these amendments is set forth in Exhibit B, attached.

The Parties may continue to meet and confer regarding the parties claim constructions. The Parties also expressly reserve the right to rely on any evidence identified by the other party, and any evidence obtained, or that may be obtained, through claim construction discovery. The Parties expressly reserve the right to amend, correct, or supplement its claim construction positions and supporting or rebuttal evidence in response to any change of position by the other party, in response to information received during discovery, or for other good cause.

**CLAIM CONSTRUCTION HEARING**

The parties continue to believe that three hours will be sufficient for the claim construction hearing with Fontem being allocated half of the time and Defendants being allocated half of the time. Subject to the Court's preference, the Parties have agreed to present the disputed claim terms term-by-term, with Fontem presenting first for the first term, and Defendants first for the second term, and so forth. Neither side currently plans to call any witness at the claim construction hearing.

DATED: December 12, 2014

**PERKINS COIE LLP**

By: */s/Joseph P. Hamilton*
Joseph P. Hamilton

Attorneys for Plaintiffs and Counter-Defendants
FONTEM VENTURES B.V. and
FONTEM HOLDINGS 1 B.V.

| | |
|---|---|
| DATED: December 12, 2014 | **DLA PIPER LLP** |
| | By:*/s/Richard T. Mulloy* |
| |     Richard T. Mulloy |
| | |
| | John Allcock, Bar No. 098895 |
| | John.allcock@dlapiper.com |
| | Richard T. Mulloy, Bar No. 199278 |
| | Richard.mulloy@dlapiper.com |
| | DLA PIPER LLP (US) |
| | 401 B Street, Suite 1800 |
| | San Diego, California 92101 |
| | (619) 699-4787 / (619) 764-6787 Fax |
| | |
| | Brent Yamashita, Bar No. 206890 |
| | Brent.Yamashita@dlapiper.com |
| | DLA PIPER LLP (US) |
| | 2000 University Avenue |
| | East Palo Alto, CA 94303-2215 |
| | Phone: 650.833.2000 |
| | Fax: 650.833.2001 |
| | |
| | Attorneys for Defendant/ |
| | Counterclaimant NJOY, Inc. |
| DATED: December 12, 2014 | **MORRISON & FOERSTER LLP** |
| | By:*/s/Nicole M. Smith* |
| |     Nicole M. Smith |
| | |
| | Nicole M. Smith, Bar No. 189598 |
| | NSmith@mofo.com |
| | Alex S. Yap, Bar No. 241400 |
| | AYap@mofo.com |
| | Dylan J. Raife, Bar No. 288346 |
| | DRaife@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| | Los Angeles, California 90017-3543 |
| | Telephone: 213.892.5200 |
| | Facsimile: 213.892.5454 |
| | |
| | Attorneys for Defendants CB DISTRIBUTORS, INC. and DR DISTRIBUTORS, LLC |

| | | |
|---|---|---|
| 1 | DATED:  December 12, 2014 | **CUMMINS & WHITE, LLP** |
| 2 | | |
| 3 | | By:*/s/Iman Reza*<br>      Iman Reza |
| 4 | | Iman Reza, Bar No. 245094<br>ireza@cwlawyers.com |
| 5 | | CUMMINS & WHITE, LLP<br>2424 S.E. Bristol Street, Suite 300 |
| 6 | | Newport Beach, CA  92660<br>Tel: 949.852.1800 |
| 7 | | Fax: 949.852.8510 |
| 8 | | Richard J Oparil (admitted *pro hac vice*)<br>rjoparil@pbnlaw.com |
| 9 | | PORZIO, BROMBERG & NEWMAN, P.C.<br>1200 New Hampshire Avenue, NW |
| 10 | | Suite 710<br>Washington, DC 20036-6802 |
| 11 | | Tel: 202.517.1888<br>Fax: 202.517.6322 |
| 12 | | |
| 13 | | Attorneys for Defendant/<br>Counterclaimant VAPOR CORP. |
| 14 | DATED:  December 12, 2014 | **WALLER LANSDEN DORTCH AND DAVIS** |
| 15 | | |
| 16 | | By: */s/Laura P. Merritt* |
| 17 | | Laura P. Merritt |
| 18 | | Heather J. Hubbard (*pro hac vice*)<br>Heather.Hubbard@wallerlaw.com |
| 19 | | Laura P. Merritt (*pro hac vice*)<br>Laura.Merritt@wallerlaw.com |
| 20 | | WALLER LANSDEN DORTCH & DAVIS, LLP |
| 21 | | 511 Union Street, Suite 2700<br>Nashville, TN 37219 |
| 22 | | Ph: (615) 850-8558/Fx: (615) 244-6804 |
| 23 | | John B. Stephens, Bar No. 142718<br>John@Sf-Lawyers.com |
| 24 | | STEPHENS FRIEDLAND LLP<br>4695 Macarthur Court, Suite 1550 |
| 25 | | Newport Beach, CA 92660<br>Ph: (949) 468-3200/Fx: (949) 468-3201 |
| 26 | | Attorneys for Defendants FIN Branding |
| 27 | | Group, LLC and Victory Electronic Cigarettes Corporation |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED:  December 12, 2014 | **CHRISTIE, PARKER & HALE, LLP** |
| 2 | | By: */s/David A Dillard* |
| 3 | | David A. Dillard |
| 4 | | David A. Dillard, Bar No. 97515 |
| 5 | | david.dillard@cph.com<br>Katherine L. Quigley, Bar No. 258212 |
| 6 | | katherine.quigley@cph.com<br>CHRISTIE, PARKER & HALE, LLP |
| 7 | | 655 N. Central Avenue, Suite 2300<br>Glendale, CA  91203-1445 |
| 8 | | Telephone: (626) 795-9900<br>Facsimile: (626) 577-8800 |
| 9 | | Attorneys for Defendant/Counterclaimant<br>BALLANTYNE BRANDS, LLC |
| 10 | | |
| 11 | DATED:  December 12, 2014 | **KELLY & KELLEY LLP** |
| 12 | | By: */s/Michael A. DiNardo* |
| 13 | | Michael A. DiNardo |
| 14 | | John E. Kelly, Bar No. 40217<br>JohnK@Kelly-KelleyLaw.com |
| 15 | | Michael A. DiNardo, Bar No. 216991<br>Mike@Kelly-KelleyLaw.com |
| 16 | | KELLY & KELLEY, LLP<br>6320 Canoga Avenue, Suite 1650 |
| 17 | | Woodland Hills, CA 91367<br>Telephone: (818) 347-7900 |
| 18 | | Facsimile: (818) 340-2859 |
| 19 | | Attorneys for Defendant Spark Industries, LLC |
| 20 | DATED:  December 12, 2014 | **FOLEY & LARDNER LLP** |
| 21 | | |
| 22 | | By:*/s/Victor de Gyarfas*<br>Victor de Gyarfas |
| 23 | | Victor de Gyarfas, Bar No. 171950 |
| 24 | | vdegyarfas@foley.com<br>FOLEY & LARDNER LLP |
| 25 | | 555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411 |
| 26 | | Telephone: 213-972-4500<br>Facsimile: 213-486-0065 |
| 27 | | Attorneys for Defendant Logic Technology Development LLC |
| 28 | | |

| | |
|---|---|
| DATED: December 12, 2014 | **FELDMAN GALE PA** |
| | By:*/s/Javier Sobrado* |
| | Javier Sobrado |
| | |
| | Todd M. Malynn, Bar No. 181595 |
| | tmalynn@feldmangale.com |
| | Gregory L. Hillyer (*pro hac vice*) |
| | ghillyer@feldmangale.com |
| | Javier Sobrado (*pro hac vice*) |
| | jsobrado@feldmangale.com |
| | FELDMAN GALE, P.A. |
| | 880 West First Street, Suite 315 |
| | Los Angeles, California 90012 |
| | Telephone No. (213) 625-5992 |
| | Facsimile No. (213) 625-5993 |
| | |
| | Attorneys for Defendant VMR Products, LLC |