# EXHIBIT B

**EXHIBIT B**

|   | Term | Fontem's Construction | Fontem's Evidence | Defendants' Construction | Defendants' Evidence |
|---|------|----------------------|-------------------|--------------------------|----------------------|
| 1 | **cavity** '331 Patent claims 1-2; '628 Patent claim 3 | no construction necessary or, alternatively, a hollow space | *See, e.g.*, '331 Patent: 1:63-64; 2:43-45 3:46-55; Figs. 1-3, 6, 8<br><br>*See, e.g.*, '628 Patent: 1:63-64; 2:45-47; 3:45-54; Figs. 1-3, 6, 8<br><br>**Extrinsic Evidence**<br>*See, e.g.*, *Merriam-Webster's Collegiate Dictionary* 197 (11th ed. 2003): (defining "cavity" as "an unfilled space within a mass…a hollowed out space"<br><br>*See, e.g.*, *Oxford American Dictionary & Thesaurus* 222 (1st ed. 2003): (defining "cavity" as "a hollow within a solid body") | a hollow space within and completely surrounded by the body of the atomizer | '331 Patent: 1:63-64; 2:45–3:1; 3:46-64; Figs. 1-4, 6-8.<br><br>'628 Patent: 1:63-64; 2:43-65; 3:45-54; Figs. 1-4 and 6-8.<br><br>**Merriam Webster Dictionary:**<br>http://www.merriam-webster.com/dictionary/cavity (defining "cavity" as "a hole or space inside something") |
| 2 | **frame** '742 Patent claims 1-3 | no construction necessary or, alternatively, a support | **Intrinsic Evidence**<br>*See, e.g.*, '742 Patent: 5:42-49; Figs. 17 and 18<br><br>**Extrinsic Evidence**<br>*See, e.g.*, *Merriam-Webster's Collegiate Dictionary* 497 (11th ed. 2003) (defining "frame: as "the underlying | an underlying, rigid structure on which the porous component is set | '742 Patent: 5:42-49; Figs. 17-18.<br><br>**Merriam Webster Dictionary:**<br>http://www.merriam-webster.com/dictionary/frame (defining "frame" as "the underlying |

| | Term | Fontem's Construction | Fontem's Evidence | Defendants' Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | | | constructional system or structure that gives shape or strength" and "an open case or structure made for admitting, enclosing, or supporting something") *See, e.g.*, Oxford American Dictionary & Thesaurus 581 (1st ed. 2003) (defining "frame" as "the basic rigid supporting structure of anything") | | constructional system or structure that gives shape or strength") |
| 3 | **housing** '742 Patent claims 2-3; '331 Patent claims 1-2; '628 Patent claims 1, 2, 4, 7, 8; '957 Patent claims 1, 2, 5, 10, 23; | no construction necessary or, alternatively, a casing | **Intrinsic Evidence** *See, e.g.*, '742 Patent: Abstract; 1:30-34; 2:30-38; 3:42-62; 5:9-30; Figs. 1-3, and 19  *See, e.g.*, '331 Patent: Abstract; 1:56-62; 2:33-37; 3:65-4:3; 4:48-51; 4:56-60; Figs. 1-3  *See, e.g.*, '628 Patent: Abstract; 1:56-62; 2:31-35; 3:64-4:2; 4:45-48; 4:53-57; Figs. 1-3  *See, e.g.*, '957 Patent: 2:1-3; 3:4-14; 3:32-42; 3:50-53; | a one-piece shell | '742 Patent: Figs. 1–2, 19; 1:28-33; 2:30–38; 3:42–44.  '742 Patent File History August 7, 2012 Amendment  '331 Patent: Abstract; 1:56-62; 2:34-37; 3:4-6; 3:65-4:3; 4:48-51; 4:56-57; Figs. 1-3, 11.  '628 Patent: Abstract; 1:56-62; 2:31-35; 3:1-4; 3:64-4:2; 4:45-48; 4:53-57; Figs. 1-3, 11. |

Exhibit B to Second Revised Joint Claim Construction and Prehearing Statement
111971-0003.0001/LEGAL124125875.1

| | Term | Fontem's Construction | Fontem's Evidence | Defendants' Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | | | 4:49-51; 4:54-57; Figs. 1, 2A, 2B, 3, and 12<br><br>**Extrinsic Evidence**<br>*See, e.g.*, *Merriam-Webster's Collegiate Dictionary* 603 (11th ed. 2003): (defining "housing" as "something that covers or protects: as a case or enclosure (as for a mechanical part or an instrument)"<br><br>*See, e.g.*, *Oxford American Dictionary & Thesaurus* 712 (1st ed. 2003): (defining "housing" as "a rigid casing") | | '957 Patent: 1:46-51; 1:66-67; 2:25-38; 2:60-3:8; 3:32-38; 3:48-52; 5:4-7; Figs. 1-5B, 12. |
| 4 | **inlet**<br>'742 Patent claims 1-3;<br>'331 Patent claims 1-2;<br>'628 Patent claims 1, 7, 8 | no construction necessary or, alternatively, an opening for air intake. | **Intrinsic Evidence**<br>*See, e.g.*, '628 Patent: 3:45-48; Figs 1-3<br><br>**Extrinsic Evidence**<br>*See, e.g.*, *Merriam-Webster's Collegiate Dictionary* 644 (11th ed. 2003): (defining "inlet" as "a way of entering…an opening for intake"<br><br>*See, e.g.*, *Oxford American Dictionary & Thesaurus* 769 (1st ed. 2003): (defining | opening on the external wall of the housing for air intake | '331 Patent: Abstract; 2:33-24; 3:13-15; Figs. 1-3.<br><br>'331 Patent File History July 27, 2012 Amendment<br><br>'628 Patent: 2:31–32; Figs. 1-2, |

Exhibit B to Second Revised Joint Claim Construction and Prehearing Statement
111971-0003.0001/LEGAL124125875.1

| | Term | Fontem's Construction | Fontem's Evidence | Defendants' Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | | | "inlet" as "[a] way of entry") | | |
| 5 | **integrally formed** '742 Patent claim 1 | no construction necessary or, alternatively, formed by parts that make up a whole | **Intrinsic Evidence** *See, e.g.,*'742 Patent: 2:30-38; 3:42-48; Figs. 1-2, 19<br><br>**Extrinsic Evidence** *See, e.g., Merriam-Webster's Collegiate Dictionary* 650 (11th ed. 2003): (defining "integral" as "essential to completeness : constituent" and "formed as a unit with another part" and "composed of constituent parts"<br><br>*See, e.g., Oxford American Dictionary & Thesaurus* 778 (1st ed. 2003): (defining "integral" as "of a whole or necessary to the completeness of a whole…whole; complete") | made of one piece | '742 Patent: Abstract; 2:30-38; 3:42-44; Figs. 1-2, 19.<br><br>https://www.ahdictionary.com/word/search.html?q=integral (defining "integral" as "a complete unit; a whole") |
| 6 | **a liquid conduction component in contact with the liquid permeating component and the liquid storage** | no construction necessary | **Intrinsic Evidence** *See, e.g.*, '805 Patent, 1:62-2:3; 3:14-21; 5:4-14; 5:44-48; Fig. 1, 1A, and 2-4 | a component that transports liquid from the liquid storage component to the liquid permeating component | '805 Patent: 1:63-2:3; 3:13-27; 4:32-39; 5:44-54; Figs 1-4, 6.<br><br>**Merriam Webster Dictionary:** http://www.merriam-webster.com/dictionary/conduct (defining |

| | Term | Fontem's Construction | Fontem's Evidence | Defendants' Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | component '805 Patent claim 3 | | | | "conduct" as "to act as a medium for conveying or transmitting") |
| 7 | a liquid permeating component sleeved on the electric heater '805 Patent claim 2 | no construction necessary or, alternatively, a liquid permeating component fitted around the electric heater | **Intrinsic Evidence** *See, e.g.*, '805 Patent: 1:36-40; 2:64-66; 4:32-33; 5:27-32; Figs. 1, 1A, 2-4, 6  **Extrinsic Evidence** *See, e.g.*, *Merriam-Webster's Collegiate Dictionary* 1172 (11th ed. 2003): (defining "sleeve" as "a tubular part…designed to fit over another part"  *See, e.g.*, *Oxford American Dictionary & Thesaurus* 1427 (1st ed. 2003): (defining "sleeve" as "a tube enclosing a rod or smaller tube") | a liquid permeating component fitted around and oriented in the same axial direction as the heater | '805 Patent: 1:36-45; 1:66-67; 2:64-66; 3:13-27; 4:32-39; 4:52-58; 5:4-11; 5:27-32; 5:49-54; 6:36-42; Figs 1-4, 6.  **Merriam Webster Dictionary:** http://www.merriam-webster.com/dictionary/sleeve (defining "sleeve" as "a tubular part (as a hollow axle or a bushing) designed to fit over another part")  **Dictionary.com:** http://dictionary.reference.com/browse/sleeve?s=t (defining "sleeve" as "*Machinery.* a tubular piece, as of metal, fitting over a rod or the like.") |
| 8 | liquid storage component '742 Patent claim 2; | no construction necessary | **Intrinsic Evidence** *See, e.g.*, '742 Patent:1:38-39; 3:49-57; Figs. 1, 3-4, 11-12, 19 | "a hollow, walled container for storing liquid" | '742 Patent: 1:48–52; 1:66-67; 2:1; 3:49-57; 3:63-67; 4:36–40; 5:12–18; Figs. 1–4, 11, 12, 19. |

| | **Term** | **Fontem's Construction** | **Fontem's Evidence** | **Defendants' Construction** | **Defendants' Evidence** |
|---|---|---|---|---|---|
| | | | | | '742 Patent File History August 7, 2012 Amendment |
| 9 | **liquid supply** '742 claim 3; '331 Patent claims 1-2, 5; '628 Patent claims 1, 5-8 | no construction necessary | **Intrinsic Evidence** *See, e.g.*, '742 Patent: 1:38-39; 3:49-54; 3:63-67; 4:36-40; 4:53-54; Figs. 1-5, 7-8, 11-12, 14-17, 19, 22<br><br>*See, e.g.*, '628 Patent: Abstract; 1:56-67; 2:31-35; 2:43-45; 3:1-10; 3:60-4:2; 4:38-43; Figs. 1-3<br><br>*See, e.g.*, '331 Patent: Abstract; 1:56-67; 2:33-37; 2:45-47; 3:3-12; 3:61-4:3; 4:41-45; Figs. 1-3<br><br>*See, e.g.*, '331 Patent File History, August 8, 2012 Remarks at 7-8<br><br>*See, e.g.*, '331 Patent File History, October 30, 2012 Office Action at 2 | "liquid-supplying bottle" | '742 Patent: Abstract; 1:37-38; 1:48–52; 1:66-67; 2:1; 2:35-37; 3:46-62; 3:63-67; 4:36-40; 5:9–18; Figs. 1–4, 11, 12, 19.<br><br>'742 Patent File History August 7, 2012 Amendment<br><br>'331 Patent: 2: 22-23; 2:36; 2:45–47; 3:3–15; 3:61–4:3; 4:41-47; Figs. 1-3, 11.<br><br>'331 Patent File History April 12, 2012 Amendment<br><br>'628 Patent: 2: 22-23; 2:34; 2:43–45; 3:1–13; 3:60–4:2; 4:38-42; Figs. 1-3, 11. |

| | Term | Fontem's Construction | Fontem's Evidence | Defendants' Construction | Defendants' Evidence |
|---|---|---|---|---|---|
| | | | **Extrinsic Evidence**<br>*See, e.g.*, *Merriam-Webster's Collegiate Dictionary* 1256 (11th ed. 2003) (defining "supply" as "something that maintains or constitutes a supply")<br><br>*See, e.g.*, *Oxford American Dictionary & Thesaurus* 1535 (1st ed. 2003) (defining ("supply" as "a stock, store, amount, etc., of something provided or obtainable") | | |
| 10 | **a mouthpiece on the housing**<br>'331 Patent claims 1-2 | no construction necessary for the phrase<br><br>or, alternatively,<br><br>for the term mouthpiece, the part of an electronic cigarette that is placed at or in the user's mouth<br><br>The term housing is construed by all parties separately herein. | **Intrinsic Evidence**<br>*See, e.g.*, '331 Patent:1:56-62; Figs. 1-3, 11<br><br>**Extrinsic Evidence**<br>*See, e.g.*, *Merriam-Webster's Collegiate Dictionary* 812 (11th ed. 2003): (defining "mouthpiece" as "something placed at or forming a mouth" or "a part (as of an instrument) that goes in the mouth or to which the mouth is applied"<br><br>*See, e.g.*, *Oxford American Dictionary & Thesaurus* 976 | a structure that is adapted to be gripped by the user's mouth and that is attached on the housing | '331 Patent: Abstract; 1:56-62; 2:22-23; 2:32-35; 3:13–15; 3:65–4:3; Figs. 1–3, 11. |

|    | **Term** | **Fontem's Construction** | **Fontem's Evidence** | **Defendants' Construction** | **Defendants' Evidence** |
|----|----------|---------------------------|------------------------|------------------------------|---------------------------|
|    |          |                           | (1st ed. 2003): (defining "mouthpiece" as "the part of a musical instrument placed between or against the lips…the part of a tobacco pipe placed between the lips") *See also, e.g.*, evidence cited for "housing" |  |  |
| 11 | **projecting into** '628 Patent claims 1, 6  **extending into** '628 Patent claims 7, 8 | no construction necessary |  | having only a portion that protrudes into | '628 Patent: 2:43-45; 3:60-63; 4:41-44; Figs. 1, 2, 3, 6, 8. |
| 12 | **substantially** '742 Patent claim 1, 2 | no construction necessary or, alternatively, at least largely | **Intrinsic Evidence** *See, e.g.*, '742 Patent: Abstract; 2:36-37; 3:15-23; 4:36-40; 5:49-50; Figs. 1, 19  **Extrinsic Evidence** *See, e.g., Oxford American Dictionary & Thesaurus* 1523 (1st ed. 2003): (defining "substantial" as "of large size or amount") | largely but not completely | '742 Patent: 3:15-16; 3:63–67; 4:36-40; 5:49-50; Figs. 1–2, 19. |

|    | Term | Fontem's Construction | Fontem's Evidence | Defendants' Construction | Defendants' Evidence |
|----|------|----------------------|-------------------|--------------------------|----------------------|
| 13 | **solution storage area** '957 Patent claims 1, 2, 8, 10, 23, 24 | no construction necessary | **Intrinsic Evidence** *See, e.g.*, '957 Patent: claims 1, 2, 8, 10, 23, 24; Figs. 4, 5A, 5B, 12 | a bottle for storing liquid | '957 Patent: Abstract; 1:46-51; 1:66-67; 2:33-34; 2:60-64; 3:1-3; 3:33-36; 3:48-50; 3:57-61; 4:39-45; 5:4-7; Figs. 1, 4, 5A, 5B, 12. |