JS-6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company, | Case No. CV 14-1645-GW(MRWx) and related consolidated cases: CV14-1655, CV14-8161, CV14-9273 |
| Plaintiffs, | **ORDER GRANTING DISMISSAL** |
| v. | |
| NJOY, INC., *et al.*, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1        In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures

2    B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant VMR

3    Products, LLC ("VMR"), the Court hereby ORDERS as follows:

4        1.    All claims and counterclaims between Fontem and VMR in Case No.

5    CV14-1645 shall be dismissed without prejudice.

6        2.    Fontem and VMR shall each bear its own fees and costs.

7        3.    The Court shall retain jurisdiction of this case for the sole purpose of

8    enforcing the Settlement Agreement between Fontem and VMR.

9        **IT IS SO ORDERED**.

10

11   DATED:  April 7, 2016

12                        GEORGE H. WU, U.S. District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28